UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION



FILED
04 AUG 23 PH 2: 45
U.S. DISTRICT
N.D. OF ALA

ENTERED
AUG 2 3 2004

| | |
|---|---|
| AXA RE PROPERTY AND CASUALTY INSURANCE COMPANY, an insurer of Miller & Company, Inc., ] ] ] ] Plaintiff(s), ] ] vs. ] CV-04-CO-02215-W ] PENNSYLVANIA LUMBERMENS MUTUAL ] INSURANCE COMPANY; and GENERAL ] SECURITY PROPERTY & CASUALTY ] INSURANCE COMPANY, ] ] Defendant(s). ] | |

MEMORANDUM OF OPINION

Plaintiff filed an unopposed motion to remand on August 2, 2004. [Doc. # 6]. In the motion, Plaintiff asserts that the case is due to be remanded for lack of diversity. The plaintiff also requests the award of attorney fees and costs as the court deems appropriate. Defendants, Pennsylvania Lumbermens Mutual Insurance Company and General Security Property & Casualty Insurance Company (hereinafter "Removing Defendants") have indicated that they have no opposition to the motion to remand, but have

failed to file an opposition to the request for fees and expenses. The court assumes, however, that they are opposed to the award of expenses and fees.

The court is of the opinion that it does not have diversity jurisdiction over the claims against the defendants. This case will be remanded to the Circuit Court of Sumter County, Alabama. Costs and fees in the amount of $750 is awarded to Plaintiff against the Removing Defendants jointly. A separate order will be entered.

Done, this 23rd of August, 2004.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE